HONORABLE ROBERT S. LASNIK

UNITED STAETS DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSIAH HUNTER,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF FEDERAL WAY, FEDERAL WAY POLICE DEPARTMENT, FEDERAL WAY POLICE OFFICER KRIS DURRELL, FEDERAL WAY POLICE CHIEF ANDY J. HWANG, JOHN DOE AND JANE DOE OFFICERS,<br><br>      Defendants. | No. 2:16-cv-01445-RSL<br><br>**STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DATE AND ~~PROPOSED~~ ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>June 1, 2017 |

IT IS HEREBY STIPULATED by and between plaintiff, JOSIAH HUNTER, through his attorney, Jesse Valdez, and defendants, CITY OF FEDERAL WAY, FEDERAL WAY POLICE DEPARTMENT, FEDERAL WAY POLICE OFFICER KRIS DURRELL, AND FEDERAL WAY POLICE CHIEF ANDY J. HWANG, through their attorney, Ann E. Trivett, that the date for disclosure of expert witnesses, in the above-entitled matter, be extended to June 14, 2017. This extension is necessary to allow the plaintiff's police practices expert to comply with the requirements of Federal Rule of Civil Procedure 26(a)(2), due to the very recent death in his family.

Stipulated Motion ion tto Extend Expert
Witness Disclosure Date and ~~Proposed~~ Order

1

VALDEZ LEHMAN, PLLC
600 108th Ave NE Ste 347
Bellevue, WA 98004
P: 425.458.4415
F: 425.732.0130

This stipulation will not affect the balance of the Status (Pre-Trial Scheduling) Order signed by the Honorable Robert S. Lasnik dated November 17, 2016.

DATED this 1st day of June 2017.

By /s/ Jesse Valdez
Jesse Valdez, WSBA #35378
VALDEZ LEHMAN, PLLC.
Co-Counsel and Attorney for Plaintiff
Josiah Hunter

DATED this 1st day of June 2017.

CHRISTIE LAW GROUP, PLLC

By        /s/ Ann E. Trivett
Ann E. Trivett, WSBA #39228
Attorneys for Defendants

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for disclosure of expert witnesses is hereby extended to June 14, 2017. This date for disclosure will not affect the balance of the Status (Pre-Trial Scheduling) Order dated November 17, 2016.

DONE IN OPEN COURT/CHAMBERS this 5th day of June, 2017.

Honorable Robert S. Lasnik

Stipulated Motion ion tto Extend Expert
Witness Disclosure Date and Proposed Order

2

VALDEZ LEHMAN, PLLC
600 108th Ave NE Ste 347
Bellevue, WA 98004
P: 425.458.4415
F: 425.732.0130