HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSIAH HUNTER,

                Plaintiff,

v.

CITY OF FEDERAL WAY, FEDERAL WAY POLICE DEPARTMENT, FEDERAL WAY POLICE OFFICER KRIS DURRELL, FEDERAL WAY POLICE CHIEF ANDY J. HWANG, JOHN DOE AND JANE DOE OFFICERS,

                Defendants.

No. 2:16-cv-01445-RSL

**STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES AND ORDER**

NOTE ON MOTION CALENDAR:
July 21, 2017

## I.  STIPULATION

COMES NOW PLAINTIFF, JOSIAH HUNTER, through his attorney, Jesse Valdez, and defendants, CITY OF FEDERAL WAY, FEDERAL WAY POLICE DEPARTMENT, FEDERAL WAY POLICE OFFICER KRIS DURRELL, AND FEDERAL WAY POLICE CHIEF ANDY J. HWANG, through their attorney, Ann E. Trivett, and stipulate and request an extension of the discovery deadline for the limited purpose of deposing Federal Way Police Officer Keith Schmidt for the following reasons:

1. On December 15, 2016, the Court filed a minute order setting trial and pretrial dates. In that order, the Court ordered discovery to be completed by August 6, 2017.

Stipulated Motion to Extend Discovery Deadline and Order

1

**VALDEZ LEHMAN, PLLC**
600 108th Ave NE Ste 347
Bellevue, WA 98004
P: 425.458.4415
F: 425.732.0130

2. Defendants and Plaintiff Josiah Hunter are currently coordinating depositions.

3. Due to scheduling issues, the parties would like Officer Schmidt's deposition to take place on Thursday, August 17, 2017 at 9:30 a.m.

4. Defendants and Plaintiff Josiah Hunter believe that extending the discovery deadline of the limited purpose of deposing Officer Schmidt is in the best interest of all parties.

WHEREFORE Defendants and Plaintiff Josiah Hunter request that the Court extend the discovery deadline to August 18, 2017, for the limited purpose of deposing Officer Schmidt.

STIPULATION DATED this 21st day of July 2017.

| *Attorney for Plaintiff* | *Attorney for Defendants* |
|---|---|
| VALDEZ LEHMAN, PLLC. | CHRISTIE LAW GROUP, PLLC |
| By */s/ Jesse Valdez* | By  /s/ Ann E. Trivett |
| Jesse Valdez, WSBA# 35378 | Ann E. Trivett, WSBA #39228 |
| Co-Counsel and Attorney for Plaintiff Josiah Hunter | Attorneys for Defendants |

### ORDER

THIS MATTER having come before the Court on the stipulated motion of Defendants and Plaintiff Josiah Hunter to extend the discovery deadlines, and the Court being fully appraised after reviewing the record and finding the motion to be in the order; NOW THEREFORE

IT IS HEREBY ORDERED that the discovery deadline in this matter be extended to August 18, 2017.

SIGNED THIS 28th day of July, 2017.

Robert S. Lasnik
United States District Judge

Stipulated Motion to Extend Discovery Deadline and Order

**VALDEZ LEHMAN, PLLC**
600 108th Ave NE Ste 347
Bellevue, WA  98004
P: 425.458.4415
F: 425.732.0130

2