1   HONORABLE ROBERT S. LASNIK

2

3

4

5   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON

6

7   JOSIAH HUNTER,

8                           Plaintiff,
                                                NO. 2:16-cv-01445-RSL
9   v.
                                                STIPULATED MOTION AND
10  CITY OF FEDERAL WAY, FEDERAL WAY            [PROPOSED] ORDER FOR EXTENSION
    POLICE DEPARTMENT, FEDERAL WAY             OF TIME TO FILE MOTIONS IN LIMINE
11  POLICE OFFICER KRIS DURRELL,
    FEDERAL WAY POLICE CHIEF ANDY J.            NOTED ON MOTION CALENDAR:
12  HWANG, JOHN DOE AND JANE DOE
    OFFICERS,                                   NOVEMBER 9, 2017
13
                            Defendants.
14

15
                            **STIPULATED MOTION**
16
17          Pursuant to LCR 7(j), the parties respectfully request that this Court grant relief from and

18  extend the deadline for filing Motions in Limine to Wednesday, November 15, 2017. According to

    the case scheduling order, these motions were due for filing on Monday, November 6th and to be
19
    noted for Friday, November 17th.
20
            On November 3, 2017, plaintiff's counsel informed defense counsel that James Bible is
21
    currently in a criminal trial in the case of *State v. Puloka*, King County Superior Court, Case No. 14-
22

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO FILE                   **CHRISTIE LAW GROUP, PLLC**
MOTIONS IN LIMINE                               2100 WESTLAKE AVENUE N., SUITE 206
(2:16-cv-01445-RSL) - 1                         SEATTLE, WA 98109
                                                206-957-9669

1   1-06829-4 SEA.   This trial is not expected to conclude until the week of January 8, 2018,

2   overlapping the trial of the instant matter, which is currently scheduled to begin December 4, 2017.

3   On Friday, November 3, 2017, the parties discussed the issue and planned to file a stipulated motion

4   to move the trial date on Monday, November 6, 2017.  The parties also agreed they would not file

5   motions in limine on that date, given the request for a new trial and the fact that a ruling on

6   defendants' outstanding motion for partial summary judgment would likely impact the scope and

7   nature of those motions.  The hope was that filing them later, after receiving a ruling, would better

8   serve the interests of judicial economy.   The parties have continued to discuss the nature of a

9   stipulation to move the trial date, but given the scheduling conflicts identified by the Court and by

10  defense counsel, a complete stipulation will not be possible, as defendants will not agree to continue

11  the trial date past April 9, 2018.  Plaintiff's counsel intends to file a motion to continue the trial date

12  as soon as possible.

13      In the meantime, and in the event the Court does not grant the anticipated motion to move

14  the trial date, the parties wish to file motions in limine as quickly as possible.   In order to

15  accommodate plaintiff's counsel's trial schedule, the parties request a new deadline to file motions

16  in limine of Wednesday, November 15th. Defendants will file their motions in limine today, and

17  plaintiff will respond to them by Thursday, November 16th. The defendant will agree to file its

18  responses to plaintiff's motions in limine no later than Thursday, November 16th. This will allow

19  the parties to file optional replies on Friday, November 17th, the note date for the motions in limine.

20      DATED this 9th day of November, 2017.

21  / / /

22  / / /

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO FILE
MOTIONS IN LIMINE
(2:16-cv-01445-RSL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1    CHRISTIE LAW GROUP, PLLC               JAMES BIBLE LAW GROUP

2    By    */s/ Ann E. Trivett*          By    */s/ James Bible*
             ANN E. TRIVETT, WSBA #39228         JAMES BIBLE, WSBA #33985

3              Attorneys for Defendants             Attorney for Plaintiff
             2100 Westlake Avenue North, Suite 206     14205 SE 36th St., Ste. 100

4              Seattle, WA  98109                 Bellevue, WA  98006
             Email:  ann@christielawgroup.com        Email:  jbiblesblaw@gmail.com

5

6    VALDEZ LEHMAN, PLLC

7    By    */s/ Jesse Valdez*
             JESSE VALDEZ, WSBA #35378

8              Attorney for Plaintiff
             600 108th Ave. NE, Ste. 347

9              Bellevue, WA  98004
             jess@valdezlehman.com

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO FILE
MOTIONS IN LIMINE
(2:16-cv-01445-RSL) - 3

1

## ORDER

2     THIS MATTER having come before the Court on the stipulated motion of counsel to

3 extend the deadline for motions in limine, and the Court being fully apprised after reviewing the

4 record and finding the motion to be in order; NOW THEREFORE

5     IT IS HEREBY ORDERED that the deadline for filing Motions in Limine is extended up

6 to and including November 15, 2017. Those motions should still be noted for Friday, November

7 17, 2017.

8     SIGNED THIS __14th__ day of __Nov.__, 2017.

9

10                     _____

                    HON. ROBERT S. LASNIK

11                     UNITED STATES DISTRICT JUDGE

12 Presented by:
CHRISTIE LAW GROUP, PLLC

13

14 By    /s/ Ann E. Trivett
      ANN E. TRIVETT, WSBA #39228
      Counsel for Defendants

15

16 Approved as to form, notice of presentation waived:
JAMES BIBLE LAW GROUP

17 By    /s/ James Bible
      JAMES BIBLE, WSBA #33985

18       Counsel for Plaintiff

19       /s/ Jesse Valdez
      JESSE VALDEZ, WSBA #35378

20       Attorney for Plaintiff
      600 108th Ave. NE, Ste. 347

21       Bellevue, WA 98004
      jess@valdezlehman.com

22

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO FILE
MOTIONS IN LIMINE
(2:16-cv-01445-RSL) - 4

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669