UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSIAH HUNTER, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FEDERAL WAY, et al., <br><br> Defendants. | CASE NO. C16-1445-MJP <br><br> MINUTE ORDER REGARDING MOTIONS IN LIMINE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court has reviewed the parties Motions in Limine, which were originally filed on November 9 and 15, 2017. (Dkt. Nos. 30, 33.) The Court notes that:

(1) Plaintiff filed his Motions in Limine without meeting and conferring as required by Local Rule 7(j); and

(2) On December 15, 2017, the Honorable Robert S. Lasnik granted Defendants' Motion for Partial Summary Judgment, dismissing a number of claims from the lawsuit.

| | |
|---|---|
| 1 | Because it appears that several of the Motions in Limine are no longer contested and/or |
| 2 | relevant to the remaining claims, the Court STRIKES the previously-filed Motions in Limine and |
| 3 | Supplemental Motions in Limine and all related pleadings (Dkt. Nos. 30, 31, 33, 35, 37, 41, 42) |
| 4 | and ORDERS the parties to file Amended Motions in Limine no later than June 11, 2018. The |
| 5 | parties are directed to meet and confer prior to filing and to raise only those issues that are |
| 6 | relevant to the remaining claims to be presented at trial. |
| 7 | The clerk is ordered to provide copies of this order to all counsel. |
| 8 | Filed April 3, 2018. |

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk