HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSIAH HUNTER,

    Plaintiff,

v.

CITY OF FEDERAL WAY, FEDERAL WAY POLICE DEPARTMENT, FEDERAL WAY POLICE OFFICER KRIS DURRELL, FEDERAL WAY POLICE CHIEF ANDY J. HWANG, JOHN DOE AND JANE DOE OFFICERS,

    Defendants.

NO. 2:16-cv-01445-MJP

AMENDED ~~PROPOSED~~ PRETRIAL ORDER

## **JURISDICTION**

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1331 and 28 U.S.C. § 1367. The plaintiff is bringing a 42 U.S.C. § 1983 claim against defendant Kris Durell, as well as a companion assault claim against Officer Durell and his employer, the City of Federal Way.

## **CLAIMS AND DEFENSES**

The plaintiff will pursue the following claims:

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1. A claim against Officer Kris Durell and the City of Federal Way under 42 U.S.C. § 1983 for excessive force in violation of plaintiff's Fourth Amendment rights[1]; and

2. A state law claim for assault against Officer Durell for his conduct and against the City of Federal Way under a theory of vicarious liability.

The defendants will assert the following affirmative defenses:

1. Officer Durell is entitled to qualified immunity; and

3. Plaintiff failed to mitigate his damages.

## **ADMITTED FACTS**

The following facts are admitted by the parties:

A. Josiah Hunter and Junior Beausilien were at the AM/PM located on 320th and Pacific Highway South on September 14, 2014.

B. Josiah Hunter and Junior Beauislien either heard or witnessed a near head-on collision. Josiah Hunter and Junior Beausilien went to the scene of the accident.

C. A group of civilians began to congregate near the scene of the accident near the site of the collision, which included Josiah Hunter and Junior Beasuilien.

D. Mr. Hunter and Mr. Beausilien were at the scene of the collision before any police officers.

E. Officer Durell was the first police officer to respond to the scene of the accident.

F. It appeared that Travis Wells was intoxicated.

---

[1] Defendants object to any assertion that there is a pending 42 U.S.C. § 1983 claim against the City of Federal Way. The Court previously dismissed that claim at summary judgment.

AMENDED PROPOSED PRETRIAL ORDER
(2:16-cv-01445-MJP) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

G. Mr. Hunter and Mr. Beausilien told Officer Durell they were not involved in the accident.

H. Mr. Hunter picked Mr. Wells' wallet up off the ground during the course of Mr. Wells' arrest by Officer Durell, and returned the wallet back to the ground when so ordered by Officer Durell.

## ISSUES OF LAW

The following are the issues of law to be determined by the Court:

1. Did Officer Kris Durell use excessive force in violation of Mr. Hunter's Fourth Amendment rights when he used a control hold (LVNR) during the course of Mr. Hunter's lawful arrest?

2. If Officer Durell is liable for excessive force under 42 U.S.C. § 1983, is Officer Durell entitled to qualified immunity?

## EXPERT WITNESES

a) The parties do not believe that a limitation on the number of expert witnesses is necessary.

b) The names and addresses of the expert witnesses to be used by each party at trial and the issues upon which each will testify are:

**On behalf of the plaintiff:**

(1) Gregory G. Gilbertson
4722 Snow Grass Place NE
Olympia, WA 98516-6258

Mr. Gilbertson is a police trainer, private investigator and professor, and he has been offered to testify regarding police practices and procedures pertaining and the reasonableness of the force used by Officer Durell to effect Mr. Hunter's arrest.

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**On behalf of defendants:**

(2)  Thomas F. Ovens
    2203 Airport Way S., Building C
    Seattle, WA 98134
    425-221-5095

Mr. Ovens is a police practices expert, who will testify regarding the objective reasonableness of Officer Durell's actions at issue in this case, as well as commonly accepted and practiced police policies and procedures. Mr. Ovens' opinions and evaluations are set forth in Defendant's Rule 26(a)(2) Expert Witness Disclosure.

## OTHER WITNESSES

The plaintiff anticipates calling the following witnesses at trial:

1. Josiah Hunter (will testify)
   c/o Counsel James Bible
   14205 SE 36th Street Suite 100
   Bellevue, WA 98006
   (425) 519-3675

Mr. Hunter is the plaintiff in this case. Mr. Hunter has information relevant to the facts and circumstances related to this case.

2. Junior Beausilien (will testify)
   2806 Pacific Hwy S
   Federal Way, WA 98003
   (253) 245-4821

Mr. Beausilien was present for the events that form the bases for the claims that were filed by the plaintiff. He has information and knowledge relating to the facts and circumstances surrounding this case, and as to Mr. Hunter's claim.

3. Travis Wells (possible witness only)
   618 28 Ave E
   Seattle, WA 98112

Mr. Wells was involved in the September 14, 2014 collision. He may have information related to the events leading up to Mr. Hunter's arrest.

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1           4.      Officer Kris Durell (will possibly testify)
                    c/o Christie Law Group, PLLC
2                   21000 Westlake Aven. N., Ste. 206
                    Seattle, WA 98109
3                   206-957-9669

4       Officer Kris Durrell is a defendant in this case. He has knowledge of the facts and
   circumstances leading up to Mr. Hunter's arrest and about the force used during the course of that
5  arrest.

6           5.      Officer Charlie Hinckle (will possibly testify)
                    c/o Christie Law Group, PLLC
7                   2100 Westlake Ave. N., Ste 206
                    Seattle, WA 98109
8                   (206) 957-9669

9       Officer Hinckle was a responding officer. He has knowledge of the facts and circumstances
   leading up to and during Mr. Hunter's arrest.
10
            6.      Officer Keith Schmidt (will possibly testify)
11                  c/o Christie Law Group, PLLC
                    2100 Westlake Ave. N., Ste 206
12                  Seattle, WA 98109
                    (206) 957-9669
13
        Officer Schmidt was a responding officer. He has knowledge of the facts and
14 circumstances leading up to and during Mr. Hunter's arrest.

15          7.      Officer Matt Novak (will possibly testify)
                    c/o Christie Law Group, PLLC
16                  2100 Westlake Ave. N., Ste 206
                    Seattle, WA 98109
17                  (206) 957-9669

18      Officer Novak was a responding officer. He has knowledge of the facts and circumstances
   leading up to and during Mr. Hunter's arrest.
19
   / / /
20
   / / /
21
   / / /
22

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 5

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1       8.      Janet Stewart (will possibly testify)
                2716 S 275 place
2               Federal Way, WA 98003
                253-946-4306
3
        Ms. Stewart was listed as a witness in a police report and may have information related to
4   Mr. Hunter's claims.

5       9.      Dennis Watson (will possibly testify)
                32219 8 Avenue South
6               Federal Way, WA 98003
                253-202-6335
7
        Mr. Watson is listed as a witness in a police report and may have information related to
8   Mr. Hunter's claims.

9       10.     Andrew Krahn (will possibly testify)
                17932 Jordan St SW
10              Rochester, WA 98579

11      Mr. Krahn is listed as a witness in a police report and may have information related to Mr.
    Hunter's claims.
12
        11.     Thomas Hart (will possibly testify)
13              25803 19th Av South
                Des Moines, WA 98158
14              (253) 394-1001

15      Mr. Krahn is listed as a witness in a police report and may have information related to Mr.
    Hunter's claims.
16
        12.     Sanetta Hunter (will testify)
17              c/o James Bible Law Group
                14205 SE 36th Street Suite 100
18              Bellevue WA 98006

19      Sannetta Hunter is the mother of the plaintiff and may have information related to his
    claimed damages.
20
/ / /
21
/ / /
22

13. Corazon Pajarillo (will possibly testify)
31223 20th Avenue South # B103
Federal Way Washington

Plaintiff intends to call Ms. Pajarillo to testify about her communications with Officer Schmidt before Mr. Hunter's arrest.

14. Michael Anderson (may possibly testify)
5119 N. Shirley Street
Ruston, Washington

Plaintiff intends to call Mr. Anderson to testify about his observations at the scene of the car accident and his observations of Josiah Hunter and Junior Beausilien.

**On behalf of the defendants**:

The defendants anticipate calling the following witnesses at trial, all of which have been previously identified above:

1. Josiah Hunter (may testify for the defense)

2. Junior Beausilien (may testify for the defense)

3. Officer Kris Durell (will testify)

4. Officer Keith Schmidt (will testify)

5. Officer Charlie Hinckle (will testify)

6. Officer Matt Novak (may possibly testify)

7. Michael Anderson (may possibly testify)

The defendants may also call the following witness:

8. Chief Andy Hwang (may possibly testify)
c/o Christie Law Group, PLLC
21000 Westlake Avenue N., Ste. 206
Seattle, WA 98109
206-957-9669

Chief Hwang is the representative for the City of Federal Way and plans to sit at counsel table through trial. He may be called to testify regarding the Federal Way Police Department's

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 7

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1 | policies, practices, and procedures, and training, if necessary.

2 | **EXHIBITS**

3 |     (a)    **Admissibility stipulated:**

4 | **Plaintiff's Exhibits**

| Ex. No. | Bates Number | Document |
|---|---|---|
| 1* | 001088-001093 | Officer Kris Durell's Police Report |
| 2* | 001096-001098 | Officer Charlie Hinckle's Police Report |
| 6* | 001094-001096 | Officer Keith Schmidt's Police Report |
| 8A | 001526 | Car Accident Photograph |
| 8B | 001527 | Car Accident Photograph |
| 8C | 001528 | Car Accident Photograph |
| 8D | 001529 | Car Accident Photograph |
| 8E | 001530 | Car Accident Photograph |
| 8F | 001531 | Car Accident Photograph |
| 8G | 001532 | Car Accident Photograph |
| 8H | 001533 | Car Accident Photograph |
| 8I | 001534 | Car Accident Photograph |
| 8J | 001535 | Car Accident Photograph |
| 8K | 001536 | Car Accident Photograph |
| 8L | 001537 | Car Accident Photograph |
| 8M | 001538 | Car Accident Photograph |
| 8N | 001339 | Car Accident Photograph |
| 8O | 001540 | Car Accident Photograph |
| 8P | 001541 | Car Accident Photograph |
| 8Q | 001542 | Car Accident Photograph |
| 8R | 001543 | Car Accident Photograph |
| 8S | 001544 | Car Accident Photograph |
| 8T | 001545 | Car Accident Photograph |
| 8U | 001546 | Car Accident Photograph |
| 8V | 001547 | Car Accident Photograph |
| 8W | 001548 | Car Accident Photograph |
| 8X | 001549 | Car Accident Photograph |
| 10 | B001722 | Video of the Accident |
| 14* | B001751-B001757 | DUI Arrest Report |
| 15* | 001104-001105 | Use of Force Review |

\* The parties agree that these police reports and the Use of Force Review form should be pre-

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 8

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

marked and included in the exhibit notebooks for ease of reference at trial, either as writings used to refresh recollection or documents available for impeachment purposes. The parties also agree that these documents should not be offered into evidence or submitted to the jury for their consideration at deliberation. If a party feels differently at trial, the exhibit should be treated as one with admissibility disputed.

**Defendants' exhibits:**

| Ex. No. | Bates Number | Document |
|---|---|---|
| 100 | 001101-001103 | September 14, 2014 CAD Report |
| 101 | 001722 | Aerial Image of Intersection |
| 102 | 001723 | Close-Up Aerial Image of Intersection |
| 103 | 001724 | Angled Image of Intersection |
| 104 | 001725 | Image of AM/PM |
| 105 | HUNTER 000002 | Josiah Hunter's September 2014 Phone Records |
| 106 | Hunter, Deposition Exhibit No. 2 | Aerial Photograph of the Scene with markings |

(b) **Authenticity stipulated, admissibility disputed:**

**Plaintiff's Exhibits**

| Ex. No. | Bates Number | Document |
|---|---|---|
| 3 | 001099-001100 | Corazon Pajarillo's October 20, 2014 Statement |
| 4 | B001761-B001762 | Vehicle Report |
| 5 | B01723-B001725 | Federal Way Municipal Court First Amended Complaint. Count I, II, and III |
| 7 | B001726-B001728 | Commander Casey Jones' November 7, 2014 Memorandum |
| 9A | B001720 | Aerial Photograph of the Scene |
| 9B | B001721 | Aerial Photograph of the Scene |
| 11 | B01729-001747 | Defendant's Objections, Answers, and Responses to Plaintiff's Interrogatories and Requests for Production |
| 12 | B001748-001749 | Michael Anderson's September 14, 2014 Statement |
| 13 | B001750 | Court Order dismissing Mr. Hunter's Criminal Charges |
| 16 | B001758 | Notice of Trespass - Hunter |
| 17 | 001759 | Notice of Trespass – Beausilien |

(c) **Authenticity and admissibility disputed:**

None.

AMENDED PROPOSED PRETRIAL ORDER
(2:16-cv-01445-MJP) - 9

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

## DEPOSITION EXCERPTS

Pursuant to LCR 32(e), the parties submit the attached deposition designations of plaintiff Josiah Hunter and defendant Kris Durell and the related objections and responses.

## ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on July 9, 2018 at the United States District Court for the Western District of Washington at Seattle.

(b) Trial briefs shall be submitted to the Court on or before Wednesday, June 27, 2018.

(c) Jury instructions requested by either party shall be submitted to the Court on or before Wednesday, June 27, 2018. Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before Wednesday, June 27, 2018.

This Order has been approved by the parties as evidenced by the signatures of their counsel. This Order shall control the subsequent course of the action unless modified by a subsequent order. This Order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 6 day of July, 2018.

*[signature]*
HON. MARSHA J. PECHMAN
U.S. DISTRICT JUDGE

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 10

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Respectfully submitted,

CHRISTIE LAW GROUP, PLLC


BY:     /s/ *Ann E. Trivett*
        ANN E. TRIVETT, WSBA #39228
        Attorney for Defendants
        2100 Westlake Avenue North, Suite 206
        Seattle, WA 98109
        Telephone: (206) 957-9669
        Email: ann@christielawgroup.com


BY:     /s/ *James Bible*
        JAMES BIBLE, WSBA #33985
        James Bible Law Group
        14205 SE 36th Street, Suite 100
        Bellevue, WA 98006
        Email: jbiblesblaw@gmail.com
        Attorney for Plaintiff


BY:     /s/ *Jesse Valdez*
        JESSE VALDEZ, WSBA #35378
        Valdez Lehman, PLLC
        600 108th Avenue NE, Suite 347
        Bellevue, WA 98004
        Email: jess@valdezlehman.com
        Attorney for Plaintiff

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 11

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I caused a true and correct copy of the foregoing document to be served upon the following in the manner indicated below:

James Bible, WSBA #33985
James Bible Law Group
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Email: jbiblesblaw@gmail.com
Attorney for Plaintiff
*Via Email*

Jesse Valdez, WSBA #35378
Valdez Lehman, PLLC
600 108th Avenue NE, Suite 347
Bellevue, WA 98004
Email: jess@valdezlehman.com
Attorney for Plaintiff
*Via Email*

J. Ryan Call, WSBA #32815
Acting City Attorney
City of Federal Way
33325 Eighth Ave. S.
Federal Way, WA 98003
Phone: 253-835-2572
Email: ryan.call@cityoffederalway.com
*Via Email*

CHRISTIE LAW GROUP, PLLC

*/s/ Ann E. Trivett*
ANN E. TRIVETT, WSBA #39228
Attorney for Defendants

AMENDED PROPOSED PRETIRAL ORDER
(2:16-cv-01445-MJP) - 12

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669