# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSIAH HUNTER, | CASE NO. C16-1445 MJP |
| Plaintiff, | CIVIL CONTEMPT ARREST WARRANT |
| v. | |
| CITY OF FEDERAL WAY, | |
| Defendant. | |

TO: Any authorized law enforcement officer:

You are COMMANDED to arrest and bring before this court without unnecessary delay CORAZON P. PAJARILLO, whom the Court found to be in civil contempt based on the Court's July 3, 2018 subpoena to appear and testify in the above-entitled matter on July 9, 2018. After her arrest, CORAZON P. PAJARILLO shall be brought immediately before this Court to address her civil contempt.

Ms. Pajarillo may be found at either of the following locations:

**Work address:** AM/PM Mini-mart, 31855 Pacific Highway South, Federal Way, Washington 98003.

**Residential address:** 31223 20th Avenue S. #B103, Federal Way, Washington.

Ms. Pajarillo is not to be incarcerated, but must be brought directly before the Court between the hours of 9:00 a.m. and 4:00 p.m.

Dated July 10, 2018, in Seattle, Washington.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge