FILED

APR 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSIAH HUNTER,<br><br>       Plaintiff-Appellee,<br><br> v.<br><br>CITY OF FEDERAL WAY; KRIS DURRELL, Federal Way Police Officer,<br><br>       Defendants-Appellants. | No. 18-35666<br><br>D.C. No. 2:16-cv-01445-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: GRABER, BERZON, and HIGGINSON,[*] Circuit Judges.

The parties' Joint Request to Stay Plaintiff's pending Petition for Prevailing Party Fees, Docket Entry No. 54, is GRANTED.

---

[*] The Stephen A. Higginson, United States Circuit Judge for the U.S. Court of Appeals for the Fifth Circuit, sitting by designation.